NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL R. GERI,**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2010-7055

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1224, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

Before RADER, *Chief Judge.*

**O R D E R**

Michael R. Geri moves for a 14-day extension of time, until July 20, 2010, to file his opening brief. Geri states that the Secretary of Veterans Affairs consents.

On June 21, 2010, the day his brief was due, Geri moved for an extension of time to file his brief. In that

motion, Geri stated that he sought a 60-day extension of time; however, the revised due date that Geri requested was July 6, 2010, only 15 days after the existing due date. On June 29, 2010, the court granted Geri's motion for an extension of time, until July 6, to file his brief. In the order granting the extension of time, the court indicated that no further extensions would be granted.

When the court states "no further extensions," it means it. These words are not lightly or routinely added to orders. Counsel for Geri fails to acknowledge in the current motion that the court indicated that no further extensions would be granted. In addition, the court notes that Geri's motion was filed on July 6, the date his brief was due. Because the motion was not filed at least seven days before the date sought to be extended and is not accompanied by an affidavit or declaration describing extraordinary circumstances that prevented him from filing a timely motion, it does not comply with Fed. Cir. R. 26(b). Geri's prior extension also failed to comply with Rule 26(b). Nevertheless, because it appears that in his prior motion Geri attempted to seek a 60-day extension of time, the court grants a short additional extension of time.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. Geri's brief is due within 14 days of the date of filing of this order. If the brief is not filed within that time, the appeal will be dismissed. No further extensions of time will be granted.

FOR THE COURT

JUL 2 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael D.J. Eisenberg, Esq.
     Dawn E. Goodman, Esq.

s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 8 2010

**JAN HORBALY**
**CLERK**